**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

| | | |
|---|---|---|
| In re: MARCUS C. STEVENS | § | Case No. 16-81812 |
| BOBBIE J. STEVENS | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 07/29/2016.

2) The plan was confirmed on 03/03/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 06/06/2017, 07/14/2017.

5) The case was converted on 07/12/2017.

6) Number of months from filing or conversion to last payment: 7.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $3,875.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor(s) | $ 613.00 | |
| Less amount refunded to debtor(s) | $ 25.00 | |
| **NET RECEIPTS** | | $ 588.00 |

**Expenses of Administration:**

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 540.48 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 47.52 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 588.00 |
| Attorney fees paid and disclosed by debtor(s): | $ 122.50 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| BALSLEY & DAHLBERG LLP | Lgl | 1,822.50 | 1,822.50 | 1,822.50 | 540.48 | 0.00 |
| SANTANDER CONSUMER USA, INC | Sec | 0.00 | 7,112.98 | 0.00 | 0.00 | 0.00 |
| ACCELERATED REHAB CENTERS | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY SOLUTIONS | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| ADT SECURITY SERVICES INC | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| AMBULATORY SURGERY CENTER | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| ASSET RECOVERY SOLUTIONS | Uns | 217.96 | NA | NA | 0.00 | 0.00 |
| BERKS CREDIT COLLECTION | Uns | 900.00 | NA | NA | 0.00 | 0.00 |
| CARE CREDIT | Uns | 410.00 | NA | NA | 0.00 | 0.00 |
| CITY OF ROCKFORD - FINANCE | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH FINANCIAL | Uns | 670.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING INC | Uns | 911.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 606.00 | 667.55 | 667.55 | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 3,027.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED CONSULTANTS INC | Uns | 217.00 | NA | NA | 0.00 | 0.00 |
| U.S. DEPARTMENT OF EDUCATION | Uns | 61,098.00 | 62,483.19 | 62,483.19 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 833.00 | 433.42 | 433.42 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| FOREST CITY DIAGNOSTIC | Uns | 450.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS INC | Uns | 517.00 | NA | NA | 0.00 | 0.00 |
| IHC SWEDISH AMERICAN | Uns | 275.00 | NA | NA | 0.00 | 0.00 |
| INFINITY | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Uns | 128.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 2,714.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 10,401.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL BOND COLLECTION | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 551.38 | 562.08 | 562.08 | 0.00 | 0.00 |
| PENN FOSTER | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 543.00 | 543.04 | 543.04 | 0.00 | 0.00 |
| RADIOLOGY CONSULTANTS OF | Uns | 163.43 | NA | NA | 0.00 | 0.00 |
| RMH PATHOLOGISTS LTD | Uns | 12.60 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ANESTHESIOLOGISTS | Uns | 638.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ASSOC CLINICAL | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD FIRE DEPT | Uns | 160.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEMS | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 1,697.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ORTHOPEDIC | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD PATHOLOGY | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD RADIOLOGY ASSOC | Uns | 64.00 | NA | NA | 0.00 | 0.00 |
| SAFE HOME SECURITY | Uns | 900.00 | NA | NA | 0.00 | 0.00 |
| SAGE TELECOM | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Uns | 642.00 | 642.32 | 642.32 | 0.00 | 0.00 |
| SFC | Uns | 225.00 | 225.00 | 225.00 | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Uns | 13,647.00 | 13,969.21 | 13,969.21 | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 3,000.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN MEDICAL | Uns | 4,000.00 | NA | NA | 0.00 | 0.00 |
| UNITED CREDIT SERVICE INC | Uns | 68.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS / MCI | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| VIRTUOSO SOURCING GROUP | Uns | 528.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 0.00 | 35.50 | 35.50 | 0.00 | 0.00 |
| ACCOUNTS RECEIVABLE | Uns | 850.00 | NA | NA | 0.00 | 0.00 |
| ALPINE BAK OF ROCKFORD | Uns | 53.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ASSOCIATED BANK | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 700.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| DR JOSEPH N. MANGIARDI | Uns | 263.20 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEM | Uns | 5,000.00 | NA | NA | 0.00 | 0.00 |
| WINDHAM | Uns | 912.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY SPV I, LLC | Uns | 0.00 | 525.24 | 525.24 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 0.00 | 371.50 | 371.50 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE % AT&T | Uns | 0.00 | 507.19 | 507.19 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 0.00 | 435.91 | 435.91 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 81,401.15 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ 588.00 | |
| Disbursements to Creditors | $ 0.00 | |
| **TOTAL DISBURSEMENTS:** | | $ 588.00 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that the foregoing summary is true and complete and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests that the Trustee be discharged and granted such other relief as may be just and proper.

Date:  07/18/2017                   By:  /s/ Lydia S. Meyer
                                         Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)